UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEXTER BARBER, <br><br> Plaintiff, <br><br> vs. <br><br> YOLANDA EVANS, <br><br> Defendant. | 2:20-CV-10036-TGB <br><br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

On January 7, 2020, Plaintiff Dexter Barber filed the instant complaint in this matter. ECF No. 1. Plaintiff also filed a "motion to expand pleading" on January 27, 2020. ECF No. 4. However, Plaintiff is an enjoined filer in the Eastern District of Michigan. *See* Case No. 4:16-cv-10505-TBG-APP, ECF No. 13.

As part of the Order enjoining Plaintiff from filing in this District, the Court ordered that Plaintiff must make a written request for, and receive a court order from, the Presiding Judge before filing any new lawsuit in this District. Plaintiff has failed to follow this procedure.

Accordingly, the Court will strike Plaintiff's currently pending "motion to expand pleading" from the docket (ECF No. 4) and **DISMISS**

Plaintiff's Complaint **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: January 31, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge