UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DEXTER BARBER** <br><br> Plaintiff, <br><br> vs. <br><br> **YOLANDA EVANS**, <br><br> Defendant. | 2:20-CV-10036-TGB <br><br><br> **ORDER STRIKING MOTIONS** |

This matter is before the Court on Plaintiff's motion to register drivers' license (ECF No. 8), motion to decide was law form denial medically necessary (ECF No. 9), motion to appeal consent to treatment (ECF No. 10), motion to produce evidence (ECF No. 11), and motion to depose Robert Gordon (ECF No. 12).

The Court dismissed this case without prejudice on January 31, 2020, because Plaintiff is an enjoined filer with the Eastern District of Michigan. ECF No. 5. Therefore, the court strikes these motions. No further pleadings should be filed in this case.

**IT IS SO ORDERED**.
DATED: March 10, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

1