UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DEXTER BARBER**, Plaintiff, v. **YOLANDA EVANS**, Defendant. | 2:20-CV-10036 **ORDER STRIKING MOTIONS** |

This matter is before the Court on Plaintiff's motion to adjoin (ECF No. 18) and motion to separate enjoin civil rights cases (ECF No. 19).

The Court dismissed this case without prejudice on January 31, 2020 because Plaintiff is an enjoined filer with the Eastern District of Michigan. ECF No. 5. The Court also dismissed the Plaintiff's previous motions (ECF Nos. 8, 9, 10, 11, and 12) for the same reason on March 10, 2020. The Court now does the same as to these motions because Plaintiff did not seek leave of court. The Court further orders, again, service of its previous order enjoining Plaintiff. ECF No. 5. No further pleadings should be filed in this case.

**IT IS SO ORDERED.**

Dated: February 16, 2021     s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE

1